1  Joel E. Elkins (SBN 256020)
   jelkins@weisslawllp.com
2  **WEISSLAW LLP**
   9107 Wilshire Blvd., Suite 450
3  Beverly Hills, CA 90210
   Telephone: 310/208-2800
4  Facsimile: 310/209-2348

*Attorneys for Plaintiff*

APPROVED
Judge Edward J. Davila
3/12/2019

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSHANSKY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FINISAR CORPORATION, ROBERT N. STEPHENS, MICHAEL HURLSTON, MICHAEL C. CHILD, ROGER C. FERGUSON, THOMAS E. PARDUN, JERRY S. RAWLS, MICHAEL L. DREYER, and HELENE SIMONET,<br><br>Defendants. | Case No. 19-cv-00446-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the above-captioned action (the "Action") with prejudice as to his individual claims, and without prejudice as to the claims of the putative class. Because this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

1
NOTICE OF VOLUNTARY DISMISSAL

        **WEISSLAW LLP**
        Joel E. Elkins

By: _/s/ Joel E. Elkins_

Joel E. Elkins
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348
    -and-
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: 212/682-3025
Facsimile: 212/682-3010

*Attorneys for Plaintiff*

2
NOTICE OF VOLUNTARY DISMISSAL